

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,240-10

### EX PARTE DEAN EDWARD CALHOUN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR2010-216-6 IN THE 207TH DISTRICT COURT
### FROM COMAL COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of assault and sentenced to four years' imprisonment. He did not appeal his conviction. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he is actually innocent. *See Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996). In support of his claim, Applicant submitted a copy of a statement the complainant signed on December 13, 2014, in which she denied that he assaulted her.

We remanded this application and directed the trial court to determine, among other things, whether Applicant submitted this statement knowing that it was false. On remand, the trial court found that Applicant did submit the statement knowing that it was false.

We agree and hold that Applicant has abused the writ and filed a frivolous lawsuit. *See Ex parte Jones*, 97 S.W.3d 586 (Tex. Crim. App. 2003); TEX. GOV'T CODE § 498.0045(a-1). Should Applicant file future habeas applications in this cause, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds was unavailable in a previously filed application. This application is dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: March 11, 2020
Do not publish